**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6651**

---

BENJAMIN A. LUCCIOLA,

                                    Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; DEPARTMENT OF COR-
RECTIONS; C. D. LARSEN, Warden; ATTORNEY
GENERAL OF VIRGINIA,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-1091-R)

---

Submitted:  September 25, 1997      Decided:  October 20, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Benjamin A. Lucciola, Appellant Pro Se.  Wirt Peebles Marks, IV,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Lucciola v. Virginia</u>, No. CA-96-1091-R (W.D. Va. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>